IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME LOMELI GOMEZ,

    Petitioner,                   No. CIV S-01-0276 DFL JFM P

    vs.

JOE MCGRATH,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 26, 2005, are adopted in full;

2.. Petitioner's application for a writ of habeas corpus is denied; and

3. The Clerk of the Court is directed to enter judgment in accordance with this order.

DATED: 3/16/2006

_____
DAVID F. LEVI
United States District Judge