IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME LOMELI GOMEZ,

    Petitioner,        No. CIV S-01-0276 DFL JFM P

  vs.

JOE MCGRATH,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's application was denied on March 17, 2006 and judgment was entered on the same day. Since May 30, 2006, petitioner has filed three documents <u>in</u> <u>propria</u> <u>persona</u>.[1] Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 30, 2007.

                          /s/ John F. Moulds
                          UNITED STATES MAGISTRATE JUDGE

12/gome0276.158

---

[1] On May 30, 2006, petitioner filed a request for a copy of the docket sheet, and on August 24, 2006, petitioner filed two requests for appointment of counsel, one of which included a general request for extension of time. In the latter filing, petitioner claims to have "lost contact" with his attorney.